UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 3/22/07*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>DAVID M. FISH,<br>   a/k/a x000x,<br><br>        Defendant. | Case No. CR 05-00445 RMW<br><br>**[] FINAL ORDER OF FORFEITURE** |
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>DAVID M. FISH,<br>   a/k/a x000x,<br><br>        Defendant. | Case No. CR 06-00109 RMW |

On March 23, 2006, the Court entered a Preliminary Order of Forfeiture forfeiting the defendant's right, title and interest in:

    A.    1 Laptop Computer Serial No. 33CNV01

    B.    5 Hard drives

    C.    1 Laptop computer ##33CNV01

    D.    3 Computer towers, no serial numbers

| | | |
|---|---|---|
| 1 | E. | 1 Gen - Computer, no serial number |
| 2 | F. | Playstation - OC |
| 3 | G. | Various DVDs and CD's |
| 4 | H. | Playstation memory cards |
| 5 | I. | 1 box of DVD cases |
| 6 | J. | 4 DVDs |
| 7 | K. | CD's and Floppy discs |
| 8 | L. | 1 Nintendo memory card |

The United States represents that it has complied with the publication and notice requirements of the Preliminary Order and that no petitions have been filed.

THEREFORE, it is ordered that the above-described property shall be forfeited to the United States, pursuant to Title 17, United States Code, Sections 506(b) and 509(a). All right, title and interest in said property is vested in the United States of America. The appropriate federal agency shall dispose of the forfeited property according to law.

IT IS SO ORDERED this __22__ day of __March__. 2007.

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

FINAL ORDER OF FORFEITURE
CR 05-00445 RMW

2