SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

150 Almaden Avenue, Suite 900
San Jose, California 95113
Telephone: (408) 535-5035
FAX: (408) 535-5081
E-Mail: Mark.Krotoski@usdoj.gov

**E-FILED 4/26/07**

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DAVID M. FISH, ) <br>    aka x000x, ) <br> ) <br> Defendant. ) <br> _____) | No. CR 06-00109 RMW <br><br> STIPULATION TO CONTINUE SENTENCING HEARING |

    It is hereby stipulated and agreed between defendant David M. Fish, by and through his counsel of record, Michael W. Armstrong, Esq., and the United States, by and through Assistant United States Attorney Mark L. Krotoski, as follows:

    1. This matter is presently set for a sentencing hearing on April 30, 2007 at 9:00 a.m.

    2. The parties agree that further time is needed to address sentencing issues and that the terms of the plea agreement continue to apply.

    3. For the foregoing reasons, and that the ends of justice are served by continuing this case, the parties stipulate and request to a continuance of the sentencing hearing from April 30, 2007 at 9:00 a.m. to June 25, 2007 at 9:00 a.m.

STIPULATION REQUESTING CONTINUANCE OF SENTENCING HEARING AND [~~PROPOSED~~] ORDER
CR 05-00445-RMW

1     IT IS SO STIPULATED.

2   Dated: <u>April 11, 2007</u>                         SCOTT N. SCHOOLS
                                                          United States Attorney

3

4                                                                 /s/

5                                                           MARK L. KROTOSKI
                                                          Assistant United States Attorney

6

7   Dated: <u>April 11, 2007</u>

                                                               /s/

8                                                    MICHAEL W. ARMSTRONG
                                                   Attorney for Defendant

9

10     IT IS SO ORDERED.

11     Upon good cause shown, the sentencing hearing is continued from April 30, 2007 at 9:00 a.m. to June 25, 2007 at 9:00 a.m.

12   Dated: April <u>26</u>, 2007

13

14                                                   /s/ Ronald M. Whyte

15                                                   RONALD M. WHYTE
                                                  United States District Judge

16   Distribute To:

17   Michael W. Armstrong
    Nolan Armstrong et al LLP
18   600 University Ave
    Palo Alto, CA 94301
19   FAX (650) 326-9704

20   Mark L. Krotoski
    AUSA
21   150 Almaden Boulevard, Suite 900
    San Jose, CA 95113
22

    Ben Flores
23   U.S. Probation Officer
    280 South First Street
24   San Jose, CA 95113

25

26

27

28