```
SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN STRETCH (CSBN 163973)
Chief, Criminal Division

MARK L. KROTOSKI (CASBN 138549)
Assistant U.S. Attorney


1301 New York Avenue, Suite 600
Washington, D.C. 20530-0016
Telephone: (202) 307-6389
Facsimile: (202) 514-6113
E-Mail: Mark.Krotoski@usdoj.gov

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 12/6/07*

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-00445-RMW |
| Plaintiff, | CR-06-00109-RMW |
| v. | STIPULATION TO CONTINUE SENTENCING HEARING |
| DAVID M. FISH, aka x000x, | AND ORDER |
| Defendant. | |

It is hereby stipulated and agreed between defendant David M. Fish, by and through his counsel of record, Michael W. Armstrong, Esq., and the United States, by and through Assistant United States Attorney Mark L. Krotoski, as follows:

1. This matter is presently set for a sentencing hearing on December 17, 2007 at 9:00 a.m.

2. The parties agree that further time is needed to address sentencing issues and that the terms of the plea agreement continue to apply. The probation officer is also working on the draft presentence report in this case.

STIPULATION REQUESTING CONTINUANCE OF SENTENCING HEARING AND XXXXXXXX ORDER
CR 05-00445-RMW

1  3. For the foregoing reasons, and that the ends of justice are served by continuing this case,
2  the parties stipulate and request to a continuance of the sentencing hearing from December 17,
3  2007 at 9:00 a.m. to XXXXXXXXXX 008 at 9:00 a.m., or the next available date. Government
4  counsel requests permission to appear telephonically during the hearing.

5  IT IS SO STIPULATED.

6  Dated: November 21, 2007            SCOTT N. SCHOOLS
                                       United States Attorney

                                              /s/

                                       _____
                                       MARK L. KROTOSKI
                                       Assistant United States Attorney

10 Dated: November 21, 2007

                                              /s/

                                       _____
                                       MICHAEL W. ARMSTRONG
                                       Attorney for Defendant

14 IT IS SO ORDERED.
15 Upon good cause shown, the sentencing hearing is continued from December 17, 2007 at
16 9:00 a.m. to XXXXXXXXX 2008 at 9:00 a.m. Government counsel may appear telephonically
17 during the hearing.
18 Dated: November ___, 2007

                                       _____
                                       RONALD M. WHYTE
                                       United States District Judge

1  3. For the foregoing reasons, and that the ends of justice are served by continuing this case,
2  the parties stipulate and request to a continuance of the sentencing hearing from December 17,
3  2007 at 9:00 a.m. to XXXXXXXXXXX 08 at 9:00 a.m., or the next available date. Government
4  counsel requests permission to appear telephonically during the hearing.
5  IT IS SO STIPULATED.
6  Dated: November 21, 2007                SCOTT N. SCHOOLS
                                           United States Attorney
7
8                                          /s/ Mark L. Krotoski
                                           MARK L. KROTOSKI
9                                          Assistant United States Attorney
10 Dated: November 21, 2007
11                                         /s/ Michael Armstrong
12                                         MICHAEL W. ARMSTRONG
                                           Attorney for Defendant
13 IT IS SO ORDERED.
14 Upon good cause shown, the sentencing hearing is continued from December 17, 2007 at
15 9:00 a.m. to XXXXXXXXXXX 08 at 9:00 a.m. Government counsel may appear telephonically
16 during the hearing.
17 Dated: December 6, 2007
18                                         /s/ Ronald M. Whyte
                                           RONALD M. WHYTE
19                                         United States District Judge
20 The sentencing hearing is continued to March 24, 2008 @ 9:00 a.m.
21
22
23
24
25
26
27
28

| | |
|---|---|
| 1 | Distribute To: |
| 2 | |
| 3 | Michael W. Armstrong<br>Nolan Armstrong et al LLP<br>600 University Ave |
| 4 | Palo Alto, CA 94301<br>FAX (650) 326-9704 |
| 5 | |
| 6 | Mark L. Krotoski<br>AUSA |
| 7 | Computer Crime and Intellectual Property Section<br>U.S. Department of Justice – Criminal Division |
| 8 | 1301 New York Avenue, Suite 600<br>Washington, D.C.  20530-0016 |
| 9 | Ben Flores |
| 10 | U.S. Probation Officer<br>280 South First Street<br>San Jose, CA 95113 |

STIPULATION REQUESTING CONTINUANCE OF SENTENCING HEARING AND XXXXXXXXXX ORDER
CR 05-00445-RMW                    Page 3 of  3